■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERRIE D. GRAHAM, Appellant. [996 NYS2d 555]—Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered March 4, 2013, convicting defendant upon her plea of guilty of the crime of attempted promoting prison contraband in the first degree.

In satisfaction of a six-count indictment, defendant entered a guilty plea to attempted promoting prison contraband in the first degree and waived her right to appeal in exchange for a sentence not to exceed five years of probation and 180 days in jail. At sentencing, County Court imposed that agreed-upon sentence. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant upon the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, defense counsel's brief and defendant's pro se brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650, [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., Lahtinen, Egan Jr., Lynch and Devine, JJ., concur.

Ordered that the judgment is affirmed, and application to be relieved of assignment granted.